Thomas R. Wickwire
2775 Hanson Road, Suite 1
Fairbanks, Alaska 99709
Tel: 907-474-0068
Fax:907-474-0069
tom@twickwire.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| FOREST KIRST and TRACEY KIRST and the marital community composed thereof.<br><br>Plaintiffs,<br><br>vs.<br><br>OTTOSEN PROPELLER & ACCESSORIES INC., an Arizona Corporation, and HARTZELL PROPELLER INC., an Ohio Corporation; and THE OTTOSEN FAMILY FOUNDATION, an Arizona Corporation,<br><br>Defendants. | CASE NO. 3:16-CV-00188-TMB<br><br><br><br>AFFIDAVIT OF THOMAS<br><br>WICKWIRE – SHORTENED TIME |

Thomas R. Wickwire, being first sworn, states:

1. I am Counsel of record for Plaintiffs.

2. **Why Shortened Time:** I Request shortened time for decision on my motion to compel Hartzell to produce its employee, Les Doud, for deposition because that deposition was cancelled by Hartzell after it was set by agreement at the date requested by Hartzell's Counsel.

Kirst v. Ottosen Prop and Hartzell, 3:16-cv-00188.
Affidavit of Thomas R. Wickwire
6-19-2017

1

3. **Hartzell's position**: After cancelling the June 15th date, Hartzell's Counsel has offered to set it for some other date, but in Chicago, not Columbus, OH, despite Chicago being 3 times as far as Columbus and not having requested that before the deposition was noticed.

4. **Efforts to Resolve**: Refusing to attend a deposition which was noticed at the time requested by that party, without a motion to quash, obstructs Plaintiffs' discovery on the very issue raised by Hartzell in its Summary Judgment motion and, if allowed to continue, will prevent me from getting the evidence needed to oppose their summary judgment. If set for another time by Hartzell suggesting a new date, I do not see what would prevent it from cancelling it again, as there has been no cost to it, but much cost to me, and this tactic could use up my opposition time. I do not have time to wait to see if their next commitment will be good.

5. **Significant dates**: I need this deposition for Plaintiffs' opposition to Hartzell's summary judgment motion. That opposition has been extended twice to allow time for Plaintiffs to take this deposition, get it transcribed and excerpts filed with the opposition with Plaintiffs' opposition now due July 5, 2017. The normal motion briefing

and decision schedule would not allow time to get this deposition done and transcribed before Plaintiff's opposition time runs.

_____
Thomas R. Wickwire
Attorney for Plaintiffs
ABA# 7111049

SUBSCRIBED AND SWORN to before me this \_\_\_day of June, 2017.

_____
Notary Public, Alaska
My Commission expires: _____

Certificate of Service

I certify that on June 19, 2017, I served this document by email service on the following counsel for Defendants:

Attorneys for Ottosen:

Bryan Rose
ROSE WALKER
3500 Maple Avenue, Suite 1200
Dallas, Texas 75219
brose@rosewalker.com

and Bryan West
bwest@rosewalker.com

Attorney for Hartzell:

Kirst v. Ottosen Prop and Hartzell, 3:16-cv-00188.
Affidavit of Thomas R. Wickwire
6-19-2017

3

Marc Wilhelm
RICHMOND & QUINN, PC
360 K Street, Suite 200
Anchorage, AK 99501
mwilhelm@richmondquinn.com

_____
Thomas R. Wickwire
ABA #7111049